# PFZ PROPERTIES, INC. *v.* RODRIGUEZ ET AL.

No. 91–122.   Argued February 26, 1992—Decided March 9, 1992

*Thomas Richichi* argued the cause for petitioner.   With him on the briefs were *Albert J. Beveridge III, Kathryn E. Szmuszkovicz,* and *José Luis Novas-Dueño.*

*Vanessa Ramirez-Kausz,* Assistant Solicitor General of Puerto Rico, argued the cause for respondents.   With her on the brief were *Jorge E. Perez-Diaz,* Attorney General, and *Anabelle Rodriguez-Rodriguez,* Solicitor General.*

PER CURIAM.

The writ of certiorari is dismissed as improvidently granted.

---

*Briefs of *amici curiae* urging reversal were filed for the Institute for Justice by *William H. Mellor III, Clint Bolick,* and *Jonathan W. Emord;* for the Pacific Legal Foundation by *Ronald A. Zumbrun, Edward J. Connor, Jr.,* and *Timothy A. Bittle;* and for the Washington Legal Foundation et al. by *Charles T. Smith II, Steven A. Loewy, Daniel J. Popeo, John C. Scully,* and *Richard A. Samp.*

Briefs of *amici curiae* urging affirmance were filed for the State of Maryland et al. by *J. Joseph Curran, Jr.,* Attorney General of Maryland, *Carmen M. Shepard* and *Andrew H. Baida,* Assistant Attorneys General, *Robert A. Butterworth,* Attorney General of Florida, and *Michael E. Carpenter,* Attorney General of Maine; for the Council of State Governments et al. by *Richard Ruda, Michael G. Dzialo,* and *Donald B. Ayer;* and for the Municipal Art Society of New York, Inc., by *William E. Hegarty, Michael S. Gruen, Philip K. Howard, Norman Marcus,* and *Philip Weinberg.*